

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Criminal Action No. 07-267M |
| JOHN E. MANNING, | ) FILED UNDER SEAL |
| Defendant. | ) ) |

### MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and File in this case be sealed until further notice, with the exception that authorization be given to the U.S. Attorney's Office to give copies of case-related documents to attorneys for the defendant. The United States submits that the Criminal Complaint and File should be temporarily sealed because federal agents' investigation of this case remains ongoing, including investigation as to whether other individuals were involved along with the defendant in possessing, distributing and/or receiving child pornography. The continued sealing of the case will protect against any such individuals being aware of the defendant's arrest and taking action to cover up or destroy evidence as a result of that arrest.

        COLM F. CONNOLLY
        United States Attorney

        By: *Christopher J. Burke*
        Christopher J. Burke
        Assistant United States Attorney

Dated: October 26, 2007

AND NOW, to wit, this 26th day of October, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and File in the above-captioned case be sealed until further notice, except that authorization will be given to the U.S. Attorney's Office to give copies of case-related documents to attorneys for the defendant.

_____
Honorable Leonard P. Stark
United States Magistrate Judge