IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-207M |
| JOHN E. MANNING, | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves this Court to unseal the original Criminal Complaint and accompanying affidavit in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: November 6, 2007

\* \* \*

AND NOW, this 6th day of November, 2007, upon the foregoing motion, IT IS ORDERED that the Criminal Complaint and affidavit in the above-referenced case be **UNSEALED**.

_____
The Honorable Leonard P. Stark
United States Magistrate Judge

FILED
NOV -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE