## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-207M |
| | ) | |
| JOHN E. MANNING, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO SEAL NOVEMBER 8, 2007 LETTER TO COURT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the accompanying letter dated November 8, 2007 from undersigned counsel to this Court be sealed. The United States submits that the letter should be sealed because it contains significant amounts of sensitive information regarding the defendant's medical history, including information regarding the defendant's past history of medical treatment and his past medical diagnoses.

FILED

NOV - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Christopher J. Burke
Assistant United States Attorney

Dated:  November 8, 2007

**AND NOW**, to wit, this _____ 8th _____ day of _____ November _____, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the government's letter to the Court, dated November 8, 2007, be **SEALED**.

_____
Honorable Leonard P. Stark
United States Magistrate Judge