# REDACTED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-*15 1* |
| | ) | |
| JOHN E. MANNING, | ) | |
| | ) | FILED |
| Defendant. | ) | NOV 15 2007 |
| | | U.S. DISTRICT COURT DISTRICT OF DELAWARE |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about May 2004 through October 2007, in the District of Delaware, John E. Manning, the defendant, knowingly possessed a computer hard drive, to wit, the hard drive of a Sony desktop computer, the hard drive of a Sony laptop computer and the hard drive of a Toshiba laptop computer, which contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### COUNT TWO

From on or about May 2004 through October 2007, in the District of Delaware, John E. Manning, the defendant, knowingly possessed visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious

literary, artistic, political, or scientific value, which images had been transported in interstate and foreign

commerce by computer, and which images had been produced using materials that had been shipped

and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections

1466A(b)(2)(A) and (B), and 2252A(b)(2).

A TRUE BILL:

Foreman

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_ (signature)
    Christopher J. Burke
    Assistant United States Attorney

Dated:

2