Christopher S. Koyste, LLC
Attorney-At-Law
709 Brandywine Blvd.
Bellefonte, Delaware 19809
Phone: 302-762-5195 Fax: 302-762-1919
Email: ckoyste@koyste.com

November 16, 2007

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, Delaware 19809

Re: United States v. John Manning.

Dear Judge Stark:

Counsel is in receipt of the evaluation of Dr. Catherine Barber and believes that the report buttresses the position of the Defense that Mr. Manning can be released on pre-trial supervision with the imposition of the conditions outlined by the Defense at the previous detention hearing.

Respectfully submitted,

Christopher S. Koyste

Cc: AUSA Christopher Burke
USPO Craig Carpenter

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE