IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-207M |
| JOHN E. MANNING, | ) ) | **FILED UNDER SEAL** |
| Defendant. | ) ) | |

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION AND ORDER TO SEAL NOVEMBER 16, 2007 LETTER TO COURT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the accompanying letter dated November 16, 2007 from undersigned counsel to this Court, as well as the instant motion, be sealed. The United States submits that the letter and motion should be sealed because they contain or refer to significant amounts of sensitive information regarding the defendant's medical history, including information regarding the defendant's past history of medical treatment and his past medical diagnoses.

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: November 16, 2007

**AND NOW**, to wit, this 19th day of November, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the government's letter to the Court, dated November 16, 2007, as well as the instant motion, be **SEALED**.

_Leonard P. Stark_
Honorable Leonard P. Stark
United States Magistrate Judge