UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO. 07-151-UNA |
| vs. | ) ) |
| John E. Manning, | ) ) ) |
| Defendant. | ) |

<u>O R D E R</u>

The defendant, upon entering a plea of not guilty to the Indictment on November 19th 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 19, 2007. The time between the date of this order and December 19, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                            _____
                                                            **Honorable Leonard P. Stark**
                                                            **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney



FILED

NOV 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE