IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-151-SLR |
| | ) |
| JOHN E. MANNING, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR STATUS CONFERENCE

**NOW COMES** the United States, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves for the Court to schedule a status conference in the above-captioned matter. In support of this motion, the United States asserts that the initial pretrial motions deadline of December 19, 2007, has passed, and that defendant John E. Manning has not filed any pretrial motions. The United States respectfully requests that the time between the filing of this motion and the date of the Status Conference be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

Respectfully Submitted,

COLM F. CONNOLLY

By:   /s/ Christopher J. Burke
      Christopher J. Burke
      Assistant United States Attorney

Dated: December 21, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-151-SLR |
| JOHN E. MANNING, | ) |
| Defendant. | ) |

## ORDER

At Wilmington this _____ day of _____ 2007, having considered the Government's Motion for a Status Conference, **IT IS ORDERED** that the Government's motion is **GRANTED** and that a status conference shall commence on _____, at _____,

**IT IS FURTHER ORDERED** that the time between _____, and _____, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

                                                                                            Honorable Sue L. Robinson
                                                                                            United States District Judge