IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-151-SLR ) |
| JOHN E. MANNING, | ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this _28th_ day of _December_ 2007, having considered the Government's Motion for a Status Conference, **IT IS ORDERED** that the Government's motion is **GRANTED** and that a status conference shall commence on _1/11/08_, at _8:30 a.m._.

**IT IS FURTHER ORDERED** that the time between _12/28/07_, and _1/11/08_, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

_Sue L. Robinson_
Honorable Sue L. Robinson
United States District Judge