IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-151-SLR |
| | ) | |
| JOHN E. MANNING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 11th day of January, 2008, having conferred with counsel;

IT IS ORDERED that a telephonic status conference is scheduled to commence on **Monday, March 3, 2008** at **4:30 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that, pursuant to defendant's request, the time between this order and March 3, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge