UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>       Plaintiff, )<br>                            )<br>  v.                       )  Crim. No. 07-151-SLR<br>                            )<br>JOHN E. MANNING, )<br>                            )<br>       Defendant. ) | |

**ORDER**

      **AND NOW**, this **18th** day of **JANUARY, 2008, IT IS ORDERED** that a hearing is scheduled to discuss the defendant's release conditions on **JANUARY 22ND, 2008** at **4:00 pm** before the Honorable Leonard P. Stark in Courtroom 2A.

                                              /s/ Leonard P. Stark
                                              **Honorable Leonard P. Stark**
                                              **U.S. Magistrate Judge**

cc:  Defense Counsel
      United States Attorney
      USPO