IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-151-SLR |
| JOHN E. MANNING, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 5th day of May, 2008 having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Tuesday, May 20, 2008 at 4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The teleconference scheduled for **May 5, 2008** is **cancelled.**

3. The time between this order and the plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

United States District Judge