PROB 12
(7/93)

# UNITED STATES DISTRICT COURT

for

Delaware

## Request to for Early Termination of Supervised Release

Name of Offender: John Manning

Case Number: 1:07CR00151-001 (SLR)

Name of Sentencing Judicial Officer: Honorable Sue L. Robinson, United States District Judge (to be re-assigned)

Date of Original Sentence: 09/16/08

Original Offense: Possession of Child Pornography

Sentence: Prison 102M, TSR 10Y

Type of Supervision: TSR

Date Supervision Commenced: 05/22/2015

FILED
DEC 10 2024
U.S. DISTRICT COURT DISTRICT OF DELAWARE

## REQUEST SUMMARY

| CAUSE |
|---|
| On September 16, 2008, John Manning was sentenced by the Honorable Sue L. Robinson, U.S. District Judge, after having pled guilty to possession of child pornography. Mr. Manning was sentenced to serve 102 months imprisonment, to be followed by 10 years of supervised release.<br><br>Mr. Manning commenced supervision on May 22, 2015. The natural expiration date of his supervised release is May 21, 2025. |

## REQUEST

On May 22, 2015, Mr. Manning commenced his term of supervised release. He was immediately enrolled in sex offender treatment and completed treatment in 2020. He participated in polygraph examinations, which all were "no significant responses noted." Mr. Manning also attended Alcohol Anonymous on a regular basis. Since Mr. Manning's release he has had several health issues, including a bleeding ulcer, hearing loss, shingles, kidney stones, hip and knee replacements. Most notably, he has been diagnosed with Alzheimer's Dementia.

Mr. Manning currently resides in an assisted living facility in Wilmington, Delaware. This officer has witnessed his mental decline and at this stage, he does not recognize this officer when visiting. The defendant's daughter Amy Manning, who resides in Illinois, would like to relocate her father to a memory care facility near her. She is the only child of Mr. Manning. Ms. Manning advised it has been very difficult for her to manage her father's health from afar.

PROB 12
(7/93)

Mr. Manning does not have the mental capacity of knowing he is on supervision. He is in a facility where he is monitored full time. Since Mr. Manning's release, he has in compliance with his supervision. This office believes Mr. Manning can no longer benefit from supervision and the community will be at low risk due to his 24 hour monitoring by staff at a memory care facility. Mr. Manning will still be required to follow the statute for registering as a sex offender. A background check revealed no new arrests during his time on supervised release.

On December 10, 2024, Assistant U.S. Attorney Carly Hudson was contacted regarding this request, and supports same.

We therefore are requesting the early termination of John Manning's term of supervised release.

Approved by:

Stephen J. Carmichael, Supervisory
U.S. Probation Officer

Respectfully submitted,

Carol L. Saint, U.S. Probation Officer
Date: 12/10/2024

**THE COURT ORDERS:**

☐ Terminate Supervised Release

☐ Termination request denied

Signature of Judicial Officer

Date